
SEALED

## UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 6 2018

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
 ) Case No. 4:18MJ00077
The premises of 139 Baskerville Court, Apt B, Danville, )
VA )
 )

### SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____June 27, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Joel C. Hoppe_____.
 *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  06/13/2018 3:30 pm                     *[signed]* Joel C. Hoppe
                                                               *Judge's signature*

City and state:  Charlottesville, VA                 Joel C. Hoppe, U.S. Magistrate Judge
                                                     *Printed name and title*

Issued by reliable electronic means.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4:18MJ00077 | 6/14/2018 6:07am | Sherry Allen |

Inventory made in the presence of: Sherry Allen

Inventory of the property taken and name of any person(s) seized:

1) green/brown substance; 2) Currency $1,090; 3) two letters and envelope; 4) white Motorola cell phone; 5) black Samsung cell phone MEID Hex: A000004SA0FE71; 6) black LG cellphone Sn: 411CYEFT051515; 7) white Iphone FCCID: BCG-E2944A; 8) Download of Iphone A1661 IMEI: 35537A085588481.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/27/2018

Executing officer's signature

SA Micah J. Childers, FBI
Printed name and title

Received in chambers by reliable electronic means and sworn and attested to by telephone on July 6, 2018.

U.S. Magistrate Judge